IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-03-264-1 |
| | § | |
| ROBERT NICHOLAS ANGLETON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Counsel for defendant has asked this court to reform the judgment to recommend that the Bureau of Prisons admit him into the "500 hour program" for treatment of alcohol abuse. At sentencing, this court did not recommend that the Bureau of Prisons should, or should not, admit the defendant into the program, but that the Bureau should use its discretion in determining whether the program was appropriate for the defendant. Defendant seeks an affirmative recommendation for placement because the present language is "not sufficient to get him into the program." (Docket Entry No. 97, p. 1). The record does not provide the information necessary to make such an affirmative recommendation. This court will, however, reform the judgment to recommend explicitly that the Bureau of Prisons consider whether defendant is an appropriate candidate for alcohol treatment during his incarceration.

SIGNED on January 30, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge